Stephanie H. Dillard

May 17, 2016

The Honorable Samuel Der-Yeghiayan
219 South Dearborn Street
Chicago, IL 60504

Re: John Lohmeier

Dear Judge Der-Yeghiayan,

I have been made aware that John Lohmeier will be before you shortly to receive sentencing on a case in which you preside. I am writing to you on his behalf as a concerned parent who has seen his performance in the school and I believe that any sentence that would include any type of incarceration would not be beneficial to anyone, particularly his students.

I am a parent of two daughters who have attended Monroe Elementary in Hinsdale over the last ten years. I first heard of "Mr. Lohmeier" from my younger daughter, Ava, before I actually met him. She would come home on a daily basis to share funny stories about him and the nice things he would say or do with the students during lunch (he was her lunch supervisor). In fact, she never wanted to come home for lunch because she looked forward to seeing him every day. It was always "Mr. Lohmeier this" or "Mr. Lohmeier that". If he was doing door duty first thing in the morning, she couldn't get out of the car fast enough to greet him. In all honesty, there were days she talked more of him than her own teacher. If he had this effect on someone who wasn't his student, I couldn't begin to imagine the impact he had on his own students!

I am fortunate to be a full-time mom and as a result, I was able to volunteer on a regular basis at Monroe. I have met most of the teaching staff over the years so I knew I had to meet the "infamous" Mr. Lohmeier. I then witnessed first hand how many other students besides my own daughter enjoyed being around him, joking, laughing and learning from him. It isn't all teachers who interact with students like this. I know he has works as an aide with students who have learning, emotional, and/or physical challenges. Students with these challenges often have difficulty in a disciplined school setting. I observed him interacting and helping these students. He clearly has a special gift of connecting with these students and helping them learn in a challenging setting. I also think it is very important to have men in the elementary education setting since there are so few of them.

I really believe John should be able to continue in his work with students and the community. Incarceration would not benefit John, his family or the community. He

has already suffered a lot financially and personally. He is doing a great job rebuilding his life and creating a career in which he possesses a special gift. He is in a profession that takes special people. Our community would not benefit from his incarceration. In fact, it would be quite the opposite. There are students who depend on him and who quite honestly could fall through the cracks if he is not a constant in their life. His work with these types of students is in my opinion the best form of rehabilitation and restitution. I respectfully request other alternatives that would not harm his family and students who depend on him.

Respectfully submitted,

Stephanie H. Dillard
A Concerned Parent